RECEIVED
SDNY PRO SE OFFICE
2022 AUG 15 PM 2:50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pena Sanchez
_____

Write the full name of each plaintiff.

1:22 CV 04742-LTS
(Include case number if one has been assigned)

-against-

New York City &
Department of Corrections
NYC Et Al

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Pena / Augustin / Sanchez
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

441 - 19 - 08 - 062
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC 4mod
Current Place of Detention

18 18 Hazen St
Institutional Address

East Elmhurst / NY / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: New York City
First Name / Last Name / Shield #

Corporation Counsel
Current Job Title (or other identifying information)

100 Church St
Current Work Address

New York NY 10007
County, City / State / Zip Code

Defendant 2: Department of Corrections
First Name / Last Name / Shield #

W/C/O AMKC Rikers Island
Current Job Title (or other identifying information)

75-20 Astoria Blvd
Current Work Address

East Elmhurst NY 11370
County, City / State / Zip Code

Defendant 3:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Annex Queens court

Date(s) of occurrence: 5-20-22

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

1) Dept of corr NYC officers to Captains assaulted and Beat me Badly down stairs in the Queens court Annex supreme court. I'm in the cell they came in violent, foist turned off they Body worn camera's start calling me mexican mother fucker, wet Back referred to me as a chichiwala dog punch, kick in the head and Body for hours 3 times from 12:30 pm to 3:00 pm injuring my mouth, head, stomach, legs, arms and Lower Back wrestling me down too and yelling mexican slurs and go Back to your country.

it started with captains coming in with a xerox copyes of two Affidavits for Mr. AntroBus 1) for when they pulled shanks on Mr AntroBus for Dr porter and gary assault for clinician liz cause Mr. AntroBus punched the wall 2) Next for Deputies to officers telling Mr AntroBus he can't have evidence in his possession

## V. STATEMENT OF CLAIM

Place(s) of occurrence: AMKC

Date(s) of occurrence: 05-20-22, 04-01-22, 04-05-22, etc

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

from 04-01-22 to 05-10-22 and 05-20-22 to 08-09-22 like Andre Antrobus 141 22 00303 told me and I'm witness what happen to him 1) Blocking and open mail 2) unreasonable siezures of favorable exonerating evidence for his freedom and liberty 3) Blocking phone calls 4) Rusing and Blocking access to courts 5) Retaliating sending Leaders of Jail to cause serious injuries (like cutting him, gang assault and Burning him with 300° water) plus etc up to now is happening to me for helping him By employee's of D-O-C They Block me mail thats why its a different name on the envelope ... Blocking my phone calls ... taking my evidence to set me free ... Blocking access to the courts ... sending inhabitants to assault me as they do Mr Antrobus up to 08-09-22 and D-O-C's employee threaten me every day as they do Mr Antrobus The other day 08-08-22 me and Mr Antrobus was showing C-O Grant how they Block our defense and capt and officer lied to C-O grant and confirmed it they Blocking my defense

witness s
Brian S Palmer X
M. Tues X
X
X

Page 4

and Retaliating sending the coded leader to gang assault me like Mr. AntroBus I had transcripts from N.Y.P.D and D.O.C took them, they Block all access and 80% of employees is working with them inhabitants pulled out Big shanks and officers left they post purposely so they can intimidate me and threaten me

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Suffered injuries Banging my head and neck on the iron sinks also suffered trauma Being punched and assaulted

Also my freedom is Blocked By Blocking my defense

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$6,000,000.00 punitive Damages

$1,000,000.00 monetary Damages

Rafael Ramirez 241200039
1818 Hazen st Ahmkc
East Elmhurst NY 11370

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 15 PM 2:58

United States District Court
Southern District of New York
Attn; Judge Laura Taylor Swain
500 Pearl Street
New York, New York 10007

Sent = 08-09-22